THE BRECKENRIDGE COMPANY, Limited, Respondent, *v.* JAMES D. PERKINS et al., Appellants.

(Submitted November 12, 1900; decided November 16, 1900,)

Motion for reargument denied, with ten dollars costs, and the record corrected so as to show that the chief judge did not sit in the case according to the fact, the report in that respect being a clerical error.   (See 163 N. Y. 563.)

---

CHURCH OF ST. STANISLAUS, Respondent, *v.* ALGEMEINE VEREIN, Appellant.

*Church of St. Stanislaus* v. *Algemeine Verein*, 31 App. Div. 133, affirmed. (Argued October 9, 1900; decided November 20, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 9, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Edward C. James, Abram I. Elkus* and *David T. Davis* for appellant.

*George M. Van Hoesen* and *Denis A. Spellissy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.